725 A.2d 1093

IN THE MATTER OF RICHARD J. CARROLL,
AN ATTORNEY AT LAW.

March 5, 1999.

## ORDER

The Court on January 29, 1999, having ordered that **RICHARD J. CARROLL** of **SECAUCUS,** who was admitted to the bar of this State in 1970, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective March 1, 1999, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that prior to the effective date of the suspension respondent paid the sums assessed pursuant to *Rule* 1:20–17;

And good cause appearing;

It is ORDERED that the Order of January 29, 1999, is hereby vacated, effective February 26, 1999.